No. 97–7235. SLINEY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–7238. OWENS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 97–7239. WHITEHEAD v. TENET, DIRECTOR OF CENTRAL INTELLIGENCE. C. A. D. C. Cir. Certiorari denied.

No. 97–7240. THOMASON v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 97–7243. BAGLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7246. TERIO v. TERIO. Ct. App. N. Y. Certiorari denied.

No. 97–7247. WRIGHT v. McANINCH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 97–7254. HESS ET AL. v. SCHLUNTZ. Ct. App. Neb. Certiorari denied.

No. 97–7255. FANNIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7256. WHITE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7260. HENDERSON v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 97–7262. SIMMONS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–7263. SIMMONS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–7268. MENKE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7269. SANTOS-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.